# Exhibit A

Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545



troutman.com

**Oscar Figueroa**
D 949.622.2743
oscar.figueroa@troutman.com

July 9, 2019

**VIA ELECTRONIC MAIL**

Law Offices Of Craig Davis
Craig Davis, Esq.
912 Cole Street, Suite 102
San Francisco, CA 94117-4316
cdavis@craigdavislaw.com

**Re:**    ***Jane Roe v. LeasingDesk; RealPage, Inc.*, Case No. RG19016627**
          **Amount in Controversy for Purposes of Removal**

Counsel:

       We have been retained to represent RealPage, Inc. in the above captioned case.  We note initially that "LeasingDesk" is not a legal entity.  "LeasingDesk" is the software that RealPage, Inc. uses for tenant screening.

       Given that RealPage, Inc. ("Defendant") is a Delaware business entity with its principal place of business in Richardson, Texas, Defendant intends to remove the above captioned case to the United States District Court for the Northern District of California.

       Because the Complaint does not set forth a specific sum demanded, please confirm by Friday, July 12, 2019, that Plaintiff is seeking more than $75,000 between actual damages, statutory damages, punitive damages, and attorney's fees and costs.  If we do not hear from you by close of business on that date, we will assume Plaintiff is seeking in excess of $75,000 in connection with this case.

       We appreciate your prompt attention to this matter.  Please let us know if you would like to discuss further by phone.

Sincerely,

Oscar Figueroa