# Exhibit B

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ENDORSED
FILED
ALAMEDA COUNTY**

**APR 2 6 2019**

CLERK OF THE SUPERIOR COURT
By ALICIA ESPINOZA
Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

LeasingDesk,
RealPage , Inc., and DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jane Roe

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
René C. Davidson Courthouse
1225 Fallon Street, Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):* **RG19016627**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Craig Davis, 912 Cole Street, Suite 102, San Francisco, CA 94117-4316; (415) 857-5820

DATE:
*(Fecha)* **APR 2 6 2019**    Chad Finke    Clerk, by *(Secretario)* ALICIA ESPINOZA , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Real Page, Inc.
   under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 6/25/19

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Law Offices of Craig Davis
Attn: Davis, Craig
912 Cole Street
Suite 102
San Franscisco, CA   94117____

## Superior Court of California, County of Alameda

| | |
|---|---|
| Roe | No. RG19016627 |
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| Leasing Desk | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date: **09/09/2019**<br>Time: **03:00 PM** | Department: **517**<br>Location: **Hayward Hall of Justice**<br>**3rd Floor**<br>**24405 Amador Street, Hayward  CA  94544**<br>Internet: **www.alameda.courts.ca.gov** | Judge: **Stephen Pulido**<br>Clerk: **Kasha Clarke**<br>Clerk telephone: **(510) 690-2726**<br>E-mail:<br>**Dept517@alameda.courts.ca.gov**<br>Fax: |

### ORDERS

1. **Plaintiff** must:

   a. **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

   b. **Give notice** of this conference to all other parties and file proof of service.

2. **Defendant** must respond as stated on the summons.

3. **All parties who have appeared before the date of the conference** must:

   a. **Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724;

   b. **File and serve** a completed *Case Management Statement* on Form CM-110 at least 15 days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

   c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone. Contact CourtCall, an independent vendor, at least three business days before the scheduled conference. Call 1-888-882-6878, or fax a service request to (888) 882-2946. The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery. Submit them directly to the E-Delivery Fax Number (510) 267-5732. No fee is charged for this service. For further information, go to *www.alameda.courts.ca.gov/ff.*

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc.*

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 04/30/2019.

By _____

Deputy Clerk

*Superior Court of California, County of Alameda*



*Notice of Assignment of Judge for All Purposes*

Case Number: RG19016627
Case Title:    Roe VS Leasing Desk
Date of Filing: 04/26/2019

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| **Judge:** | **Stephen Pulido** |
| **Department:** | **517** |
| **Address:** | **Hayward Hall of Justice** |
| | **24405 Amador Street** |
| | **Hayward  CA  94544** |
| **Phone Number:** | **(510) 690-2726** |
| **Fax Number:** | |
| **Email Address:** | **Dept517@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law.  (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

**NOTICE OF NONAVAILABILITY OF COURT REPORTERS:** Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

## General Procedures

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Stephen Pulido
DEPARTMENT 517

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's website also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

Counsel are expected to be familiar and comply with the Statement of Professionalism and Civility, Alameda County Bar Association at www.acbanet.org.

All references to "counsel" in this Order apply equally to self-represented litigants. The Court maintains Self-Help Services at 24405 Amador Street, Dept. 501, Hayward, CA, (510) 272-1393.

Parties and counsel must submit identical courtesy copies of all law and motion papers directly to Dept. 517 no later than 12:00 p.m. the day after they are filed and served. If the courtroom is closed when the delivery is made, counsel may leave the papers in the box placed outside of Dept. 517. This requirement is set forth in Local Rule 3.30(c). If a party files a motion that requires the Court to review the pleadings, courtesy copies of the relevant Complaints, Cross-Complaints, or Answers must also be delivered to Dept. 517.

## Schedule for Department 517

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays through Thursdays, beginning at 8:30 a.m. and concluding at 1:30 p.m.

- Case Management Conferences are held: Mondays, Tuesdays and Thursdays at 3:00 p.m. Timely filed and complete case management conference statements are mandatory in all cases.

- Law and Motion matters are heard: Tuesdays and Thursdays at 3:00 p.m.

- Settlement Conferences are heard:  Friday mornings.  The time will be determined by the Court in coordination with the parties.

- Pre-Trial Readiness conferences take place at 1:30 p.m. on Fridays.

- Ex Parte matters are heard:  Mondays and Thursdays at 2:30 p.m., as space is available.

- Orders of Examination are heard: Fridays at 9:00 a.m.

- (1)  Counsel should consider and recommend creative, efficient approaches to valuing and resolving their case (CRC 3.724).  (2)  Potential discovery and other problems should be anticipated and discussed. (3)  No discovery motion shall be filed without prior serious efforts to resolve it.

- If possible, parties should deliver courtesy copies of papers filed in support and in opposition to ex parte applications no later than 4:00 p.m. on the court date before the hearing on the application. If the parties cannot meet that deadline, they should attempt to deliver the papers to Dept. 517 at least two hours prior to the hearing on the application. the court notes that parties opposing an ex parte application are not required to submit written oppositions prior to the hearing.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
    Email:         Dept517@alameda.courts.ca.gov


- Ex Parte Matters
    Email:         Dept517@alameda.courts.ca.gov


## Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 517

- Phone:  1-866-223-2244

Dated:  04/29/2019

_Cy - S. Corost_

Facsimile

_____
Presiding Judge,
Superior Court of California, County of Alameda

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 04/30/2019

By _Desmefter Oli_ Digital

_____
Deputy Clerk

**SUM-100**

# SUMMONS
## *(CITATION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

APR 2 6 2019

CLERK OF THE SUPERIOR COURT
By   ALICIA ESPINOZA

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*

LeasingDesk,
RealPage, Inc., and DOES 1-10

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jane Roe

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court

René C. Davidson Courthouse
1225 Fallon Street, Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):*
RG19016627

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Craig Davis, 912 Cole Street, Suite 102, San Francisco, CA 94117-4316; (415) 857-5820

DATE:
*(Fecha)* APR 2 6 2019   Chad Finke   Clerk, by   ALICIA ESPINOZA  , Deputy
*(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1  2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF CRAIG DAVIS
Craig Davis (SBN 268194)
cdavis@craigdavislaw.com
912 Cole Street, Suite 102
San Francisco, CA 94117-4316
Tel.:   415.857.5820
Fax:    415.795.4595

Attorney for Plaintiff
Jane Roe

**ENDORSED
FILED
ALAMEDA COUNTY**

APR 2 6 2019

CLERK OF THE SUPERIOR COURT
By __ALICIA ESPINOZA__
                                    Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

RENÉ C. DAVIDSON COURTHOUSE

UNLIMITED JURISDICTION

Jane Roe,

          Plaintiff,

     v.

LeasingDesk,
RealPage, Inc.,
and DOES 1-10,

          Defendants.

Case No.   **RG 1 9 0 1 6 6 2 7**

~~COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF~~

1.   Cal. Civ. Code § 1786.18(c)
2.   Cal. Civ. Code § 1786.20(b)
3.   Cal. Civ. Code § 1785.14(b)
4.   Cal. Bus. and Prof. Code § 17200 *et seq.*

JURY TRIAL DEMANDED

Plaintiff Jane Roe, based on information and belief, alleges as follows:

**PARTIES**

1.    Plaintiff Jane Roe[1] is an individual and at all relevant times mentioned herein was a resident of California.

2.    Plaintiff is informed and believes and on that basis alleges that defendant LeasingDesk ("LeasingDesk") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Texas.

3.    Plaintiff is informed and believes and on that basis alleges that defendant RealPage, Inc. ("RealPage") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Texas.

4.    Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOES 1-10, inclusive, and therefore sues these defendants by these fictitious names. Plaintiff is informed and believes and on that basis alleges that each of these fictitiously-named defendants contributed to and is liable for the injuries to Plaintiff that are alleged in this complaint.

5.    Plaintiff is informed and believes and on that basis alleges that, at all times herein mentioned, defendants DOES 1-10 were agents of each other and of the named Defendant(s) and, in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendant(s).

**JURISDICTION AND VENUE**

6.    Venue and jurisdiction are proper in this Court pursuant to Code of Civil Procedure Sections 395 and 395.5.

**LEGAL BACKGROUND**

7.    In California, two statutes govern the sale and use of consumer reports: the Consumer Credit Reporting Agencies Act ("CCRAA") (Cal. Civ. Code[2] § 1785.1 et seq.) and the

---

[1] Plaintiff is filing anonymously to protect her right to privacy regarding an unlawful detainer action that was been sealed. *See Doe v. Lincoln Unified Sch. Dist.*, 115 Cal. Rptr. 3d 191, 196-97 (Cal. Ct. App. 2010) (describing the increasing judicial use of fictitious names to protect privacy rights).

[2] All further statutory references are to the California Civil Code unless otherwise indicated.

1   Investigative Consumer Reporting Agencies Act ("ICRAA") (§ 1786 et seq.).

2         8.    The Legislature recognized that consumer reporting agencies play a "vital role" in

3   "meeting the needs of commerce" for information on consumers, and that there is a need to ensure

4   that these consumer reporting agencies "exercise their grave responsibilities with fairness,

5   impartiality, and a respect for the consumer's right to privacy." (§§ 1785.1(b)-(d), 1786(a)-(b), (f).)

6         9.    A central purpose of both the CCRAA and the ICRAA is to require consumer

7   reporting agencies to "adopt reasonable procedures" for selling information about consumers "in a

8   manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy,

9   relevancy, and proper utilization" of such information. (§§ 1785.1(d), 1786(f).)

10        10.    The CCRAA governs "consumer credit reporting agencies," which are defined, in

11   relevant part, as "any person who, for monetary fees, dues, or on a cooperative nonprofit basis,

12   regularly engages in whole or in part in the business of assembling or evaluating consumer credit

13   information or other information on consumers for the purpose of furnishing consumer credit

14   reports to third parties." (§ 1785.3(d).)

15        11.    The ICRAA governs "investigative consumer reporting agencies," which are defined,

16   in relevant part, as "any person who, for monetary fees or dues, engages in whole or in part in the

17   practice of collecting, assembling, evaluating, compiling, reporting, transmitting, transferring, or

18   communicating information concerning consumers for the purposes of furnishing investigative

19   consumer reports to third parties." (§ 1786.2(d).)

20        12.    There is substantial overlap between the CCRAA and the ICRAA.

21        13.    Both the CCRAA and the ICRAA govern consumer reports that are to be used for

22   tenant screening purposes (§§ 1785.3(c)(3), 1786.2(b)), and both the CCRAA and the ICRAA

23   regulate the reporting of unlawful detainer information. (§§ 1785.13(a)(3), 1786.18(a)(4).)

24        14.    A consumer report containing unlawful detainer information which is to be used for

25   tenant screening purposes is thus both a "consumer credit report" under the CCRAA and an

26   "investigative consumer report" under the ICRAA. (§§ 1785.3(c), 1786.2(b)-(c).)

27        15.    The CCRAA and the ICRAA both require consumer reporting agencies to "follow

28   reasonable procedures to assure maximum possible accuracy of the information concerning the

1   individual about whom the report relates." (§§ 1785.14(b), 1786.20(b).)

2         16.    The ICRAA further requires that "an investigative consumer reporting agency shall

3   not furnish an investigative consumer report that includes information that is a matter of public

4   record and that relates to . . . [a] civil judicial action . . . or outstanding judgment, unless the agency

5   has verified the accuracy of the information during the 30-day period ending on the date on which

6   the report is furnished." (§ 1786.18(c).)

7         17.    An investigative consumer reporting agency that fails to comply with any

8   requirement of the ICRAA is liable for the greater of $10,000 per violation, or actual damages

9   sustained by the subject of the report, as well as reasonable attorneys' fees and costs of suit for the

10  prevailing plaintiff. (§ 1786.50(a).) If an investigative consumer reporting agency's violations are

11  grossly negligent or willful, it may be liable for punitive damages. (§1786.50(b).)

12        18.    Any person who is aggrieved by a violation or threatened violation of the CCRAA

13  and who seeks and obtains injunctive relief to compel compliance with the CCRAA shall be

14  awarded court costs and attorneys' fees pursuant to Section 1021.5 of the California Code of Civil

15  Procedure. (§ 1785.31(b), (f).)

16                              **FACTUAL ALLEGATIONS**

17        19.    LeasingDesk and RealPage regularly engage in the business of assembling and

18  evaluating unlawful detainer information about rental housing applicants for the purpose of

19  including that information in the consumer reports that they sell to third-party landlords and

20  property managers.

21        20.    LeasingDesk and RealPage (collectively "Defendants") are "investigative consumer

22  reporting agencies" that sell "investigative consumer reports" containing unlawful detainer

23  information to third parties for tenant screening purposes.

24        21.    Defendants are also "consumer credit reporting agencies" under the CCRAA, and

25  the consumer reports containing unlawful detainer information that they regularly sell for tenant

26  screening purposes are "consumer credit reports" under the CCRAA. (§ 1785.3(c), (d).)

27        22.    The unlawful detainer information in Defendants' consumer reports are not obtained

28  through personal interviews.

23.     In April 2017, The Sycamores apartment community ordered a consumer report from Defendants which was to be used for tenant screening purposes.

24.     Defendants assembled unlawful detainer information about Roe for the purpose of furnishing a consumer report about Roe to a third party.

25.     On April 29, 2017, Defendants sold a consumer report about Roe to The Sycamores for tenant screening purposes (the **"Report"**).

26.     The Report inaccurately reported that Roe had a judgment entered against her in an unlawful detainer action in 2011.

27.     Upon information and belief, Defendants received this unlawful detainer information in the Report from Defendants' its own proprietary databases and/or a third-party vendor.

28.     Over 30 days prior to the date the Report was sold to The Sycamores, the 2011 unlawful detainer judgment had been vacated and the court records had been ordered sealed.

29.     At the time the Defendants prepared the Report on Roe in April 2017, they knew, or should have known, that this unlawful detainer information should not be reported.

30.     As a direct result of Defendants' unlawful consumer report, Roe lost at least one rental housing opportunity. Roe also suffered injury to her reputation, embarrassment, humiliation, and emotional distress.

### FIRST CAUSE OF ACTION

### (Violations of California Civil Code § 1786.18(c))

### (Against All Defendants)

31.     Roe hereby incorporates by reference the preceding paragraphs.

32.     Defendants failed to verify the accuracy of the 2011 unlawful detainer information about Roe during the 30-day period ending on the date on which the Report was furnished, in violation of Civil Code section 1786.18(c).

33.     Defendants' violations were willful and/or grossly negligent.

34.     Defendants' violations entitle Roe to damages including, but not limited to, the actual harms suffered by Roe as a direct legal, proximate, and foreseeable result of Defendants' violations, or statutory damages of $10,000, and punitive damages. (§ 1786.50(a)-(b).)

**SECOND CAUSE OF ACTION**

**(Violations of California Civil Code § 1786.20(b))**

**(Against All Defendants)**

35.   Roe hereby incorporates by reference the preceding paragraphs.

36.   Defendants failed to "follow reasonable procedures to assure maximum possible accuracy of the information" they reported about Roe, in violation of Civil Code section 1786.20(b).

37.   Defendants failed to accurately report unlawful detainer information when preparing and issuing the Report about Roe.

38.   Defendants' violations were willful and/or grossly negligent.

39.   Defendants' violations entitle Roe to damages including, but not limited to, the actual harms suffered by Roe as a direct legal, proximate, and foreseeable result of Defendants' violations, or statutory damages of $10,000, and punitive damages. (§ 1786.50(a)-(b).)

**THIRD CAUSE OF ACTION**

**(Violations of California Civil Code § 1785.14(b))**

**(Against All Defendants)**

40.   Roe hereby incorporates by reference the preceding paragraphs.

41.   Defendants fail to "follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates," in violation of Civil Code § 1785.14(b).

42.   Roe has been aggrieved by Defendants' violations of this requirement, and Roe and other California rental housing applicants are aggrieved by Defendants' threatened violations of this requirement when preparing any future consumer reports on them.

43.   Roe is entitled to seek injunctive relief to compel Defendants' compliance with this requirement in the CCRAA. (§ 1785.31(b), (d).)

**FOURTH CAUSE OF ACTION**

**(Violations of Business and Professions Code § 17200 *et seq*.)**

**(Against All Defendants)**

44.   Roe hereby incorporates by reference the preceding paragraphs.

45.     The Unfair Competition Law ("UCL") defines unfair competition to include any "unlawful, unfair, or fraudulent" business act or practice. Cal. Bus. & Prof. Code § 17200 *et seq.*

46.     Defendants engaged in unlawful and unfair business practices under the UCL by violating multiple sections of the ICRAA and the CCRAA.

47.     Roe was injured in fact and lost money or property as a result of these unlawful and unfair business practices. Roe incurred costs—including mailing costs and transportation costs— while attempting to understand and correct the errors in Defendants' inaccurate and unlawful consumer reports.

48.     Roe is entitled to seek injunctive relief to prevent Defendants' use of any practice which constitutes unfair competition. Cal. Bus. & Prof. Code § 17203.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays judgment against Defendants as follows:

1.  For statutory damages of $10,000 per violation of the ICRAA, or damages to be proven at trial, whichever is greater;

2.  For punitive damages;

3.  For declaratory relief;

4.  For injunctive relief to protect Roe against Defendants' further reporting of outdated, incomplete, and/or inaccurate information about her;

5.  For public injunctive relief to ensure Defendants' compliance with both the CCRAA and the ICRAA;

6.  For costs of suit herein incurred;

7.  For reasonable attorney's fees;

8.  For interest as allowed by law; and

9.  For such other and further relief as the Court may deem proper.

1
2  Dated: April 26, 2019
3                                        _____
4                                        Craig Davis
                                         LAW OFFICES OF CRAIG DAVIS
5                                        Attorney for Plaintiff Jane Roe
6
7
8                    **DEMAND FOR JURY TRIAL**
9       Plaintiff hereby requests a jury trial on the claims so triable.
10
11  Dated: April 26, 2019
                                         _____
12                                       Craig Davis
                                         LAW OFFICES OF CRAIG DAVIS
13                                       Attorney for Plaintiff Jane Roe
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| From: | Thellenza Krasniqi |
|---|---|
| To: | David Monk |
| Cc: | Bonnie Leigh; Patricia Eike; Lori Finkelston; Leanna Honeycutt; Joe Wagner |
| Subject: | SOP: REALPAGE, INC - Summons and Complaint |
| Date: | Wednesday, June 26, 2019 9:11:39 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image009.png |
| Importance: | High |

**\*Please Confirm Receipt of this Legal Document\***

REALPAGE, INC - Summons and Complaint.pdf

Dear David,

Attached is a Summons and Complaint concerning the following case:

| | |
|---|---|
| **Entity Served:** | REALPAGE, INC |
| **Title of Action:** | ROE V. LEASING DESK TO: REALPAGE, INC |
| **Case No:** | RG19016627 |
| **Court:** | Alameda County Superior Court of California |
| **Attorney/Sender:** | Court Clerk |
| **Documents served:** | Summons and Complaint |
| **Service By:** | Process server |
| **Date of Service:** | 6/25/2019 |
| **State Received:** | California |
| **Answer or Appearance date:** | 30 days, See attachment |

The original will be sent by regular mail.

Soonr is a software program we utilize to deliver large email files, defined as exceeding 1 MB. You may click on the link which will bring you to a secure web server where you can access the document for up to 6 months on your computer, tablet or smartphone. You may also "Save" the document locally to your computer or server; the time it takes to download will depend on your connection speed. Please let us know how you like or dislike this experience.

Kind regards,

**<span style="color:red">Thellenza Krasniqi</span>│Legal Support Associate**

10 Bank Street, Suite 560, White Plains, New York 10606

📞Phone: (914) 949-9188  x124  | 🖨 Fax: (914) 949-9618



Like, Follow and Connect with us



Check out the latest UCS Blog Posts on Industry News, Tips and State Closings

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the system manager.  Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization.  Finally, the recipient should check this email and any attachments for the presence of viruses.  United Corporate Services, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Law Offices of Craig Davis
Attn: Davis, Craig
912 Cole Street
Suite 102
San Francisco, CA   94117____

## Superior Court of California, County of Alameda

| | |
|---|---|
| Roe | No. <u>RG19016627</u> |
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT** |
| | **CONFERENCE AND ORDER** |
| Leasing Desk | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date: **09/09/2019**<br>Time: **03:00 PM** | Department: **517**<br>Location: **Hayward Hall of Justice**<br>**3rd Floor**<br>**24405 Amador Street, Hayward  CA 94544**<br><br>Internet: **www.alameda.courts.ca.gov** | Judge:  **Stephen Pulido**<br>Clerk:  **Kasha Clarke**<br>Clerk telephone:  **(510) 690-2726**<br>E-mail:<br>**Dept517@alameda.courts.ca.gov**<br>Fax: |

### ORDERS

1. **Plaintiff** must:

    a. **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

    b. **Give notice** of this conference to all other parties and file proof of service.

2. **Defendant must** respond as stated on the summons.

3. **All parties who have appeared before the date of the conference** must:

    a. **Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724;

    b. **File and serve** a completed *Case Management Statement* on Form CM-110  at least **15** days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

    c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30.  Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone.  Contact CourtCall, an independent vendor, at least three business days before the scheduled conference.  Call 1-888-882-6878, or fax a service request to (888) 882-2946.  The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery.  Submit them directly to the E-Delivery Fax Number (510) 267-5732.  No fee is charged for this service.  For further information, go to *www.alameda.courts.ca.gov/ff*.

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference.  This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration.  Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc*.

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 04/30/2019.

By _____

Deputy Clerk

## *Superior Court of California, County of Alameda*



## *Notice of Assignment of Judge for All Purposes*

Case Number: RG19016627
Case Title:     Roe VS Leasing Desk
Date of Filing: 04/26/2019

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| **Judge:** | **Stephen Pulido** |
| **Department:** | **517** |
| **Address:** | **Hayward Hall of Justice** |
| | **24405 Amador Street** |
| | **Hayward  CA  94544** |
| **Phone Number:** | **(510) 690-2726** |
| **Fax Number:** | |
| **Email Address:** | **Dept517@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law.  (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

## General Procedures

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Stephen Pulido
DEPARTMENT 517

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1)  and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference.  The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days".  Plaintiff received that form in the ADR information package at the time the complaint was filed.  The court's website also contains this form and other ADR information.  If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

Counsel are expected to be familiar and comply with the Statement of Professionalism and Civility, Alameda County Bar Association at www.acbanet.org.

All references to "counsel" in this Order apply equally to self-represented litigants.  The Court maintains Self-Help Services at 24405 Amador Street, Dept. 501, Hayward, CA, (510) 272-1393.

Parties and counsel must submit identical courtesy copies of all law and motion papers directly to Dept. 517 no later than 12:00 p.m. the day after they are filed and served.  If the courtroom is closed when the delivery is made, counsel may leave the papers in the box placed outside of Dept. 517.  This requirement is set forth in Local Rule 3.30(c).  If a party files a motion that requires the Court to review the pleadings, courtesy copies of the relevant Complaints, Cross-Complaints, or Answers must also be delivered to Dept. 517.

## Schedule for Department 517

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held:  Mondays through Thursdays, beginning at 8:30 a.m. and concluding at 1:30 p.m.

- Case Management Conferences are held:  Mondays, Tuesdays and Thursdays at 3:00 p.m.  Timely filed and complete case management conference statements are mandatory in all cases.

- Law and Motion matters are heard:  Tuesdays and Thursdays at 3:00 p.m.

- Settlement Conferences are heard:  Friday mornings.  The time will be determined by the Court in coordination with the parties.

- Pre-Trial Readiness conferences take place at 1:30 p.m. on Fridays.

- Ex Parte matters are heard:  Mondays and Thursdays at 2:30 p.m., as space is available.

- Orders of Examination are heard: Fridays at 9:00 a.m.

- (1)  Counsel should consider and recommend creative, efficient approaches to valuing and resolving their case (CRC 3.724).  (2)  Potential discovery and other problems should be anticipated and discussed. (3)  No discovery motion shall be filed without prior serious efforts to resolve it.

- If possible, parties should deliver courtesy copies of papers filed in support and in opposition to ex parte applications no later than 4:00 p.m. on the court date before the hearing on the application. If the parties cannot meet that deadline, they should attempt to deliver the papers to Dept. 517 at least two hours prior to the hearing on the application. the court notes that parties opposing an ex parte application are not required to submit written oppositions prior to the hearing.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
    Email:        Dept517@alameda.courts.ca.gov


- Ex Parte Matters
    Email:        Dept517@alameda.courts.ca.gov


## Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 517
- Phone:  1-866-223-2244

Dated:  04/29/2019

*Facsimile*

Presiding Judge,
Superior Court of California, County of Alameda

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 04/30/2019

By

*Digital*

Deputy Clerk